# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re  Maureen Oparaeche, )
                         )
                         )       Bankruptcy No.  17-31926
                         )
          Debtor.        )       Chapter    7

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: __R. Scott Alsterda, Chapter 7 Trustee__

Authorized to Provide Professional Services to: __R. Scott Alsterda, Chapter 7 Trustee__

Date of Order Authorizing Employment: __October 25, 2017 - [Dkt 1]__

Period for Which Compensation is Sought:
From __October 25,__, __2017__  through __February 13__, __2019__

Amount of Fees Sought: $ 2,485.00

Amount of Expense Reimbursement Sought: $ 19.36

This is an:   Interim Application _____    Final Application ✔

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: __February 22, 2019__                    __R. Scott Alsterda, Chapter 7 Trustee__
                                                            (Counsel)

(Rev 11/19/10)
4847-5094-9508

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Maureen Oparaeche, | ) | Case No. 17-31926 |
| | ) | Honorable Timothy A. Barnes |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance of $2,485.00 as compensation and $19.36 for expenses, no amount of which has previously been paid.

**I.   COMPUTATION OF COMPENSATION**

The Trustee performed at least 10.20 hours of services on behalf of the estate for the period from October 25, 2017 through February 13, 2019 with a value of $4,947.00, exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the time spent by the Trustee in this case exceeds the fee amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from October 25, 2017 through February 13, 2019 is attached hereto as Exhibit "B."

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $17,350.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

4844-7772-9668.1

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,235.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| **TOTAL COMPENSATION** | **$2,485.00** | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

DATE:  February 22, 2019               Respectfully Submitted

                                       R. SCOTT ALSTERDA, TRUSTEE

                                       /s/ R. Scott Alsterda

R. Scott Alsterda, Trustee
Nixon Peabody LLP
70 West Madison, Suite 3500
Chicago, IL  60602
312-977-9203
rsalsterda@nixonpeabody.com

4844-7772-9668.1                    2