**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:  MAUREEN OPARAECHE    )    CHAPTER 7
    )
    )    Case No.  17-31926
    )
    DEBTOR    )    HON. TIMOTHY A. BARNES
    )

**COVER SHEET FOR APPLICATION FOR**
**PROFESSIONAL COMPENSATION**

Name of Applicant:    KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to:    R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment:  January 9, 2019

Period for Which
Compensation is Requested:  From January 30, 2019 through February 18, 2019

Amount of Fees Requested:  $ 1,139.50

Amount of Expense Reimbursement Requested:  $0.00

This is an:  Interim Application_____   Final Application___X____

Previous applications / allowances of this applicant:

Fees Sought:__NONE__    Fees Allowed:__NONE__
Costs Sought:__NONE__    Costs Allowed:__NONE__

Applicant:

Date:  February 18, 2019    By: _Lois West_____

Lois West, CPA
Certifying Professional

KUTCHINS, ROBBINS & DIAMOND, LTD.
35 E. Wacker Drive, Suite 690
Chicago, IL  60601

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:   MAUREEN OPARAECHE | ) | CASE NO. 17-31926 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE TIMOTHY A. BARNES |
| DEBTOR | ) | |

TO:  THE HONORABLE TIMOTHY A. BARNES
     BANKRUPTCY JUDGE

**APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on October 25, 2017 and on January 9, 2019 this Court authorized the employment of the firm of Kutchins, Robbins & Diamond, Ltd. to serve as accountant.

2. Applicant requests $ 1,139.50 in compensation for 4.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period January 30, 2019 through February 18, 2019.

3. A description of the nature of the services rendered by the Applicant is as follows:

Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the final year ended December 31, 2018 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 4.3 | $265 | $ 1,139.50 |
| Total | 4.3 | | $ 1,139.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,139.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: February 18, 2019

RESPECTFULLY SUBMITTED,

Lois West

Lois West
Certifying Professional
35 E. Wacker Drive, Suite 690
Chicago, IL 60601