UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 17-31926 |
| | ) | Chapter 7 |
| MAUREEN OPARAECHE, | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE OF MOTION REGARDING FINAL APPLICATION FOR COMPENSATION FOR TRUSTEE, R. SCOTT ALSTERDA [DKT 53]; FINAL APPLICATION FOR COMPENSATION FOR NIXON PEABODY LLP, TRUSTEE'S ATTORNEY [DKT.54]; AND FINAL APPLICATION FOR COMPENSATION FOR KUTCHINS, ROBBINS & DIAMOND, LTD., ACCOUNTANT [DKT 55]**

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on **Wednesday, April 17, 2019 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes or any other judge sitting in his stead in Courtroom 744 in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **FINAL APPLICATION FOR COMPENSATION FOR TRUSTEE, R. SCOTT ALSTERDA [DKT 53]; FINAL APPLICATION FOR COMPENSATION FOR NIXON PEABODY LLP, TRUSTEE'S ATTORNEY [DKT.54]; AND FINAL APPLICATION FOR COMPENSATION FOR KUTCHINS, ROBBINS & DIAMOND, LTD., ACCOUNTANT [DKT 55].**

| | |
|---|---|
| Dated: March 20, 2019 | R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Maureen Oparaeche, Debtor |
| | |
| | /s/  R. Scott Alsterda |
| | |
| | R. Scott Alsterda (# 3126771) |
| | Nixon Peabody LLP |
| | 70 West Madison Street, Suite 3500 |
| | Chicago, Illinois 60602 |
| | (312) 977-9203 (Tel.) |
| | (312) 977-4405 (Fax) |
| | Email: rsalsterda@nixonpeabody.com |

# CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on March 20, 2019, I electronically filed the **Amended Notice of Motion** and with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| **Patrick S. Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St. Room 873<br>Chicago, IL 60604<br>*(U.S. Trustee)* | **Ben L. Schneider**<br>Schneider & Stone<br>8424 Skokie Blvd., Suite 200<br>Skokie, IL 60077-2568<br>(847) 933-0300<br>Email: ben@windycitylawgroup.com<br>*(Attorney for Debtor)* |
| **Charles Aaron Silverman**<br>8800 Bronx Avenue #100-F<br>Skokie, IL 60077<br>(312) 526-3201<br>Email: CSilverman@cas-pc.com<br>*(On behalf of Creditor Hellivie Terrell)* | **Charles Aaron Silverman**<br>8800 Bronx Avenue #100-F<br>Skokie, IL 60077<br>(312) 526-3201<br>Email: CSilverman@cas-pc.com<br>*(On behalf of Plaintiff Hellivie Terrell)* |

/s/ R. Scott Alsterda