UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 17-31926 |
| | ) | Chapter 7 |
| MAUREEN OPARAECHE, | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on March 20, 2019, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St. Room 873
Chicago, IL 60604
*(U.S. Trustee)*

**Ben L. Schneider**
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077-2568
(847) 933-0300
Email: ben@windycitylawgroup.com
*(Attorney for Debtor)*

**Charles Aaron Silverman**
8800 Bronx Avenue #100-F
Skokie, IL 60077
(312) 526-3201
Email: CSilverman@cas-pc.com
*(On behalf of Creditor Hellivie Terrell)*

**Charles Aaron Silverman**
8800 Bronx Avenue #100-F
Skokie, IL 60077
(312) 526-3201
Email: CSilverman@cas-pc.com
*(On behalf of Plaintiff Hellivie Terrell)*

and I hereby further certify that on March 20, 2019, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| Bryant Management Corporation<br>9933 Lawler Ave.<br>Skokie, IL 60077 | Capital One<br>15000 Capital One Dr.<br>Richmond, VA 23238 |

1

| | |
|---|---|
| Channel Partners Capital LLC<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonka, MN 55305 | Recovery Solutions Group, LLC<br>16819 S. Dupont Hwy, Ste. 30<br>Harrington, DE 19952 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Silverleaf/Orange Lake<br>1201 Elm St., Ste. 4600<br>Dallas, TX 75270 |
| Chielo Oparaeche<br>828 Oakton, Apt. 1D<br>Evanston, IL 60202 | Stein & Rotman<br>77 W. Washington St., Ste. 1105<br>Chicago, IL 60602 |
| Hellivie Terrell<br>8800 Bronx Ave. #100-F<br>Skokie, IL 60077 | Terrell, Hellivie<br>1601 Sherman Ave. #520<br>Evanston, IL 60201 |
| Onemain<br>PO Box 1010<br>Evansville, IN 47706 | US Bank<br>4325 17th Ave. S<br>Fargo, ND 58125 |
| Prosper Marketplace Inc.<br>101 2nd St., Fl. 15<br>San Francisco, CA 94105 | Maureen Oparaeche<br>828 Oakton St., Apt. 1D<br>Evanston, IL 60202-2844 |
| Rapid Advance<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814 | Mark Olson<br>Olson Stark, PC<br>150 South Wacker Drive, #2400<br>Chicago, IL 60606 |

Dated: March 20, 2019     R. SCOTT ALSTERDA, not individually but as
Chapter 7 Trustee for Maureen Oparaeche, Debtor

/s/  R. Scott Alsterda
*One of the Trustee's attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4818-9404-4548.1