UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
OPARAECHE, MAUREEN § Case No. 17-31926
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing.  A hearing on the fee applications and any objection to the Final Report will be held on Wednesday, April 17, 2019 at 10:30 a.m. in Courtroom 744, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2019                By: /s/ R. Scott Alsterda, Trustee

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
OPARAECHE, MAUREEN § Case No. 17-31926
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 2,674.93 |
| leaving a balance on hand of[1] | $ | 17,325.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA | $ 2,485.00 | $ 0.00 | $ 2,485.00 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 19.36 | $ 0.00 | $ 19.36 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 5,665.00 | $ 0.00 | $ 5,665.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 17.21 | $ 0.00 | $ 17.21 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 1,139.50 | $ 0.00 | $ 1,139.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 9,326.07 |
| Remaining Balance | $ 7,999.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 200,877.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OneMain | $ 7,677.78 | $ 0.00 | $ 305.73 |
| 000002 | OneMain | $ 3,203.49 | $ 0.00 | $ 127.56 |
| 000003 | Capital One Bank (USA), N.A. | $ 158.27 | $ 0.00 | $ 6.30 |
| 000004 | Hellivie Terrell | $ 143,100.00 | $ 0.00 | $ 5,698.28 |
| 000005 | Chase Bank USA, N.A. | $ 2,900.07 | $ 0.00 | $ 115.48 |
| 000006 | RFS Business Funding, LLC | $ 43,838.14 | $ 0.00 | $ 1,745.65 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,999.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. Scott Alsterda, Trustee

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case 17-31926 |
| | ) Chapter 7 |
| MAUREEN OPARAECHE, | ) Honorable Timothy A. Barnes |
| | ) |
| | ) |
| Debtor. | ) |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on March 20, 2019, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| **Patrick S. Layng** | **Ben L. Schneider** |
| Office of the U.S. Trustee, Region 11 | Schneider & Stone |
| 219 S. Dearborn St. Room 873 | 8424 Skokie Blvd., Suite 200 |
| Chicago, IL 60604 | Skokie, IL 60077-2568 |
| *(U.S. Trustee)* | (847) 933-0300 |
| | Email: ben@windycitylawgroup.com |
| | *(Attorney for Debtor)* |
| | |
| **Charles Aaron Silverman** | **Charles Aaron Silverman** |
| 8800 Bronx Avenue #100-F | 8800 Bronx Avenue #100-F |
| Skokie, IL 60077 | Skokie, IL 60077 |
| (312) 526-3201 | (312) 526-3201 |
| Email: CSilverman@cas-pc.com | Email: CSilverman@cas-pc.com |
| *(On behalf of Creditor Hellivie Terrell)* | *(On behalf of Plaintiff Hellivie Terrell)* |

and I hereby further certify that on March 20, 2019, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| Bryant Management Corporation<br>9933 Lawler Ave.<br>Skokie, IL 60077 | Capital One<br>15000 Capital One Dr.<br>Richmond, VA 23238 |

1

4818-9404-4548.1

| | |
|---|---|
| Channel Partners Capital LLC<br>11100 Wayzata Blvd., Ste. 305<br>Minnetonka, MN 55305 | Recovery Solutions Group, LLC<br>16819 S. Dupont Hwy, Ste. 30<br>Harrington, DE 19952 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Silverleaf/Orange Lake<br>1201 Elm St., Ste. 4600<br>Dallas, TX 75270 |
| Chielo Oparaeche<br>828 Oakton, Apt. 1D<br>Evanston, IL 60202 | Stein & Rotman<br>77 W. Washington St., Ste. 1105<br>Chicago, IL 60602 |
| Hellivie Terrell<br>8800 Bronx Ave. #100-F<br>Skokie, IL 60077 | Terrell, Hellivie<br>1601 Sherman Ave. #520<br>Evanston, IL 60201 |
| Onemain<br>PO Box 1010<br>Evansville, IN 47706 | US Bank<br>4325 17th Ave. S<br>Fargo, ND 58125 |
| Prosper Marketplace Inc.<br>101 2nd St., Fl. 15<br>San Francisco, CA 94105 | Maureen Oparaeche<br>828 Oakton St., Apt. 1D<br>Evanston, IL 60202-2844 |
| Rapid Advance<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814 | Mark Olson<br>Olson Stark, PC<br>150 South Wacker Drive, #2400<br>Chicago, IL 60606 |

Dated: March 20, 2019

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Maureen Oparaeche, Debtor

/s/  R. Scott Alsterda
*One of the Trustee's attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

2