UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 17-31926 |
| | ) | Chapter 7 |
| MAUREEN OPARAECHE, | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

**<u>WITHDRAWAL OF DOCKET ENTRIES 57 AND 58</u>**

     R. Scott Alsterda, not individually but as Chapter 7 Trustee for the Debtor, Maureen R.

Oparaeche, hereby withdraws Docket Entries 57 and 58.


Dated: March 21, 2019          R. SCOTT ALSTERDA, not individually but as
                                    Chapter 7 Trustee for Maureen Oparaeche, Debtor

                                    /s/  R. Scott Alsterda


                                    R. Scott Alsterda (# 3126771)
                                    Nixon Peabody LLP
                                    70 West Madison Street, Suite 3500
                                    Chicago, Illinois 60602
                                    (312) 977-9203 (Tel.)
                                    (312) 977-4405 (Fax)
                                    Email: rsalsterda@nixonpeabody.com